JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| NICOLINE AMBE, an individual; THE ESTATE OF NDIFORCHU ALFRED TAMUNANG, administered by NICOLINE AMBE<br><br>Plaintiff,<br><br>vs.<br><br>TRIP MATE, INC. dba TRIP MATE INSURANCE AGENCY, a corporation; UNITED STATES FIRE INSURANCE COMPANY, a corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:18-cv-00115-RGK (GJSx)<br><br>**[~~PROPOSED~~] ORDER RE: DISMISSAL WITH PREJUDICE** |
|---|---|

The Stipulation Re Dismissal with Prejudice submitted by the parties herein is approved. The entire action, including all claims stated against all parties, is hereby dismissed with prejudice.

DATED: May 01, 2018

BY_____
Honorable R. Gary Klausner
United States District Court Judge

129279.1

**STIPULATION RE: DISMISSAL WITH PREJUDICE AND ORDER**